AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AXCEL ANTONIO MEDINA-MARTINEZ | )  Case No. 3:24-mj-00042 |
| | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 5, 2024_____ in the county of _____Clackamas_____ in the

District of _____Oregon_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) | Possession with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation (FBI) Special Agent Bobby Gutierrez.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Bobby Gutierrez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at  8:52 pm  a.m./p.m.

Date:  March 6, 2024

*Youlee Yim You*
*Judge's signature*

City and state:  Portland, Oregon          Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*